IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00256-MSK-MJW

NIKKI A.  SMITH,

Plaintiff(s),

v.

WELLPOINT, INC.,
d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Agreed Protective Order (docket no. 14) is GRANTED.  The Agreed Protective Order (docket no. 14-2) is APPROVED as amended in paragraph 12, and is made an Order of Court.

Date:  July 27, 2009