IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00256-MSK-MJW

Nikki A. Smith, Plaintiff

v.

Wellpoint, Inc., dba Anthem Blue Cross and Blue Shield, Defendant

( Docket no. 18 )
**ORDER RE: STIPULATED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINES**

This matter comes before the Court on the parties' Stipulated Motion to Amend the Scheduling Order to Extend Discovery Cut-off and Dispositive Motion Deadlines. Having reviewed the Stipulated Motion to Amend and, being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Scheduling Order is amended such that the Discovery Cut-off is extended to January 25, 2010, and the Dispositive Motions deadline shall be extended to February 26, 2010.

DATED: October 9, 2009

BY THE COURT:

~~U.S. District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO