IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00256-MSK-MJW

NIKKI A. SMITH,

    Plaintiff,

v.

WELLPOINT, INC., d/b/a Anthem Blue Cross and Blue Shield,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Joint Motion for Dismissal With Prejudice of Claim for Denial of Promotion to Forecaster Position **(#61)** filed March 4, 2011. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. Any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 4th day of March, 2011.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge