IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

NIKKI A. SMITH,                              §
                                             §
          Plaintiff,                         §
                                             §
VS.                                          §          C. A. NO. 1:09-cv-00256 ~MSK -MJW.
                                             §
WELLPOINT, INC., DBA ANTHEM BLUE             §
CROSS AND BLUE SHIELD,                       §
                                             §
          Defendants.                        §

## ORDER

Pending before the Court is WellPoint's motion to appear by telephone.   After

considering the  motion, the Court **GRANTS** WellPoint's motion.  WellPoint's counsel may

attend the Show Cause Hearing scheduled for March 4, 2011 at 1:30 p.m. by telephone. *The court's*

SIGNED THIS __4TH__ DAY OF ___March___ *(mountain time)*, 2011.   *phone number*
                                                                   *is (303) 844-2403.*

_____

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

3